AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AUTUMN EMILY SMITH

V.

CLEARVIEW RESOLUTION SERVICES,
INC. d/b/a CLEARVIEW DEBT HOLDING
d/b/a WESTGATE ARBITRATION d/b/a
CRS & ASSOCIATES d/b/a CRS

CASE NUMBER: 1:17-cv-04687

ASSIGNED JUDGE: Hon. John R. Blakey

DESIGNATED
MAGISTRATE JUDGE: Hon. M. David Weisman

TO: (Name and address of Defendant)

Clearview Resolution Services, Inc.
d/b/a Clearview Debt Holding d/b/a Westgate Arbitration d/b/a CRS Associates
d/b/a CRS
2001 Niagara Falls Blvd, Suite 3
Amherst, NY 14228

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



August 7, 2017

DATE

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Illinois

Case Number: 1:17-CV-04687

Plaintiff:
**AUTUMN EMILY SMITH**

vs.

Defendant:
**CLEARVIEW RESOLUTION SERVICES, INC. D/B/A CRS & ASSOCIATES D/B/A CRS,**

For:
NATHAN C. VOLHEIM, ESQ.
SULAIMAN LAW GROUP, LTD.
2500 SOUTH HIGHLAND AVENUE
SUITE 200
LOMBARD, IL 60148

Received by Direct Process Server LLC on the 8th day of August, 2017 at 1:37 pm to be served on **CLEARVIEW RESOLUTION SERVICES, INC. D/B/A CRS & ASSOCIATES D/B/A CRS, 2001 NIAGARA FALLS BLVD SUITE 3, C/O LOUIS CALOSTIPES, AMHERST, NY 14228.**

I, TED KWIATKOWSKI, do hereby affirm that on the **17th day of August, 2017** at **1:04 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, NOTICE OF MANDATORY INITIAL DISCOVERY, STANDING ORDER REGARDING MANDATORY INITIAL DISCOVERY PILOT PROJECT, COMPLAINT AND EXHIBITS**, to: **CHARITY BALDWIN** as **AUTHORIZED** for **CLEARVIEW RESOLUTION SERVICES, INC.**, at the address of: **2001 NIAGARA FALLS BLVD SUITE 3, AMHERST, NY 14228**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: WHITE, Height: 5'7, Weight: 210, Hair: BROWN, Glasses: N



## RETURN OF SERVICE For 1:17-CV-04687

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: 8/18/2017
Date

**TED KWIATKOWSKI**

**Direct Process Server LLC**
22 Southern Blvd
Suite 103
Nesconset, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2017001919
Aff #76439

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i