# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AUTUMN EMILY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CLEARVIEW RESOLUTION SERVICES, INC. d/b/a CLEARVIEW DEBT HOLDING d/b/a WESTGATE ARBITRATION d/b/a CRS & ASSOCIATES d/b/a CRS,<br><br>Defendant. | Case No. 1:17-cv-04687<br><br>Honorable Judge John R. Blakey |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, AUTUMN EMILY SMITH ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant without prejudice with leave to reinstate through December 22, 2017. After December 22, 2017, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: September 11, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Northern District of Illinois
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 150
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com